IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Troupe, Charlene T

Printed: 12/13/07

Case Number: 07 B 06682
Judge: Wedoff, Eugene R
Filed: 4/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 168.27 |  |
| Secured: |  | 159.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 9.09 |
| Other Funds: |  | 0.00 |
| Totals: | 168.27 | 168.27 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 0.00 |
| 2. | Turner Acceptance Corporation | Secured | 4,842.37 | 159.18 |
| 3. | Asset Acceptance | Unsecured | 15.36 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 31.01 | 0.00 |
| 5. | Alliance One | Unsecured | 6.00 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 296.93 | 0.00 |
| 7. | Turner Acceptance Corporation | Unsecured | 0.06 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 578.57 | 0.00 |
| 9. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 10. | CCS Collection Group | Unsecured |  | No Claim Filed |
| 11. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 12. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 13. | IHC-St. Francis Emergency Physicians | Unsecured |  | No Claim Filed |
| 14. | American Collection Corp | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 19. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 20. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 21. | Security Check, LLC | Unsecured |  | No Claim Filed |
| 22. | Credit Recovery | Unsecured |  | No Claim Filed |
| 23. | Professional Account Management | Unsecured |  | No Claim Filed |
| 24. | Plaza Associates | Unsecured |  | No Claim Filed |
| 25. | Orchard Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Troupe, Charlene T

Printed:  12/13/07

Case Number:  07 B 06682
Judge:  Wedoff, Eugene R
Filed:  4/13/07

| | | | | |
|---|---|---|---|---|
| 26. | US Cellular | Unsecured | | No Claim Filed |
| 27. | Superior Asset Management | Unsecured | | No Claim Filed |
| 28. | State of Illinois | Unsecured | | No Claim Filed |
| 29. | Torres Credit | Unsecured | | No Claim Filed |
| 30. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 31. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 32. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 8,194.30 | $ 159.18 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 9.09 |
| | $ 9.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_